# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>QUIST, GORDON J. | 2. Court or Organization<br><br>DISTRICT CT-WESTERN DIST, MICH | 3. Date of Report<br><br>04/20/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>482 GRAND RAPIDS FORD FEDERAL COURTHOUSE<br>110 MICHIGAN NW<br>GRAND RAPIDS MI 49503-2363 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 18 A 11: 21
RECEIVED
FINANCIAL DISCLOSURE OFFICE

Quist_Gordon_J

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 04/20/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/19/2008 | CHARLES SCHWAB & CO-IRA DISTRIBUTION-NORMAL | $13,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.* *(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 04/20/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. AMERICAN EXPRESS | CREDIT CARD DEBT | J |
| 2. U.S. BANK | CREDIT CARD DEBT | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 04/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE BANK (FORMERLY BANK O NE) | A | Interest | J | T | | | | | |
| 2. CHASE BANK (FORMERLY BANK O NE) | A | Interest | J | T | | | | | |
| 3. JOHN HANCOCK LIFE INSURANCE (W HOLE LIFE) | A | Dividend | J | T | | | | | |
| 4. NORTHWEST MUTUAL LIFE INS. (WH OLE LIFE) | C | Dividend | M | T | | | | | |
| 5. INDEPENDENT BANK | A | Interest | J | T | | | | | |
| 6. BROKERAGE ACCT #2 | | | | | | | | | |
| 7. LOOMIS SAYLES BOND CL1 | A | Dividend | J | T | Sold (part) | 03/20 | J | A | |
| 8. ARTIO INTL EQTY FD CL A (FORME RLY JULIUS BAER INT EQUITY FD) | A | Dividend | J | T | Sold (part) | 01/18 | K | A | |
| 9. | | | | | Sold (part) | 02/06 | J | A | |
| 10. RANIER SMALL/MID CAP EQUITY PO RTFOLIO | | None | | | Sold | 02/06 | J | A | |
| 11. | | | | | Sold (part) | 01/18 | J | A | |
| 12. THIRD AVENUE VALUE FUND | | None | | | Sold | 01/18 | K | | |
| 13. SCHWAB DEPOSIT ACCOUNT | A | Interest | K | T | | | | | |
| 14. RESPONSE GENETICS INC | | None | J | T | | | | | |
| 15. MORGAN STANLEY BK 5.2% 08 CD F DIC INS DUE 2/7/08 | A | Interest | | | Matured | 02/07 | J | | |
| 16. LASALLE MIDWEST 5.2% 08 FDIC INS DUE 6/20/08 | A | Interest | | | Matured | 06/20 | J | | |
| 17. DISCOVER BANK NA 5.35% 08 CD FDIC INS DUE 9/29/08 | A | Interest | | | Matured | 09/29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 04/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CAPMARK BANK NA 5.15% 08 CD FDIC INS DUE 1/7/08 | A | Interest | | | Matured | 01/07 | J | | |
| 19. LASALLE MIDWEST 5.1% 08 CD FDIC INS DUE 1/18/08 | A | Interest | | | Matured | 01/18 | J | | |
| 20. MORGAN STANLEY BK 4.8% 08 CD FDIC INS DUE 1/31/08 | A | Interest | | | Matured | 01/31 | J | | |
| 21. DISCOVER BANK NA 4.65% 08 CD FDIC INS DUE 1/28/08 | A | Interest | | | Matured | 01/28 | K | | |
| 22. CNL BANK NA 4.8% 08 CD FDIC INS DUE 1/22/08 | A | Interest | | | Matured | 01/22 | K | | |
| 23. BANCO BILBAO PR 4.75% 08 CD FDIC INS DUE 1/28/08 | A | Interest | | | Matured | 01/28 | K | | |
| 24. INTERNATL BANK NA 4.55% 08 CD FDIC INS DUE 3/20/08 | A | Interest | | | Matured | 03/20 | J | | |
| 25. GE MONEY BANK NA 4.55% 08 CD FDIC INS DUE 6/26/08 | A | Interest | | | Matured | 06/26 | J | | |
| 26. BANK OF WHITMAN 4.25% 08 CD FDIC INS DUE 2/28/08 | A | Interest | | | Matured | 02/28 | J | | |
| 27. | | | | | Buy | 01/16 | J | | |
| 28. REPUBLIC FIRST BK 4.2% 08 CD FDIC INS DUE 2/28/08 | A | Interest | | | Matured | 02/28 | K | | |
| 29. | | | | | Buy | 01/22 | K | | |
| 30. CATHAY BANK NA 3.5% 08 CD FDIC INS DUE 05/20 | A | Interest | | | Matured | 05/20 | K | | |
| 31. | | | | | Buy | 02/15 | K | | |
| 32. GE MONEY BANK NA 3.55% 08 CD FDIC INS DUE 9/15/08 | A | Interest | | | Matured | 09/15 | J | | |
| 33. | | | | | Buy | 03/07 | J | | |
| 34. NARA BANK NA 3.4% 08 CD FDIC INS DUE 6/20/08 | A | Interest | | | Matured | 06/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | QUIST, GORDON J. | 04/20/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 03/17 | K | | |
| 36. GMAC BANK UT NA 3.65% 08 CD FDIC INS DUE 12/22/08 | A | Interest | | | Matured | 12/22 | J | | |
| 37. | | | | | Buy | 03/17 | J | | |
| 38. BEACH COMMUNITY 3.4% 08 CD FDIC INS DUE 06/24/08 | A | Interest | | | Matured | 06/24 | K | | |
| 39. | | | | | Buy | 03/17 | K | | |
| 40. CNL BANK NA 3.5% 08 CD FDIC INS DUE 04/21/08 | A | Interest | | | Matured | 04/21 | K | | |
| 41. | | | | | Buy | 03/17 | K | | |
| 42. UNITED COMM BANK NA 3.4% 08 CD FDIC INS DUE 04/28/08 | A | Interest | | | Matured | 04/28 | K | | |
| 43. | | | | | Buy | 03/18 | K | | |
| 44. UNITED CENTRAL BK 3.3% 08 CD FDIC INS DUE 4/30/08 | A | Interest | | | Matured | 04/30 | K | | |
| 45. | | | | | Buy | 03/24 | K | | |
| 46. UNITED COMM BANK NA 3.0% 08 CD FDIC INS DUE 07/24/08 | A | Interest | | | Matured | 07/24 | K | | |
| 47. | | | | | Buy | 04/16 | K | | |
| 48. NB S CAROLINA BANK NA 3.2% 08 CD FDIC INS DUE 10/23/08 | A | Interest | | | Matured | 10/23 | K | | |
| 49. | | | | | Buy | 04/16 | K | | |
| 50. CATHAY BANK NA 3.1% 08 CD FDIC INS DUE 11/10/08 | A | Interest | | | Matured | 11/10 | K | | |
| 51. | | | | | Buy | 05/05 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 04/20/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GE MONEY BANK NA 3.75% 09 CD FDIC INS DUE 7/09/09 | | None | K | T | Buy | 07/7 | K | | |
| 53. GE MONEY BANK NA 3.2% 09 CD FDIC INS DUE 1/09/09 | | None | K | T | Buy | 07/07 | K | | |
| 54. SECURITY B&T 3.15% 09 CD FDIC INS DUE 1/21/09 | | None | J | T | Buy | 07/14 | J | | |
| 55. GE CAPITAL FIN 2.85% 08 CD FDIC INS DUE 10/16/08 | A | Interest | | | Matured | 10/16 | K | | |
| 56. | | | | | Buy | 07/14 | K | | |
| 57. GE CAPITAL FIN 2.45% 08 CD FDIC INS DUE 11/13/08 | A | Interest | | | Matured | 11/13 | K | | |
| 58. | | | | | Buy | 08/08 | K | | |
| 59. GE CAPITAL FIN 2.9% 09 CD FDIC INS DUE 2/13/09 | | None | K | T | Buy | 08/08 | K | | |
| 60. WACHOVIA MRTGE BK 2.4% 08 CD FDIC INS DUE 12/12/08 | A | Interest | | | Matured | 12/12 | J | | |
| 61. | | | | | Buy | 09/09 | J | | |
| 62. WACHOVIA MRTGE BK 2.85% 08 CD FDIC INS DUE 3/30/09 | | None | K | T | Buy | 09/19 | K | | |
| 63. MORGAN STANLEY 3.35% 09 CD FDIC INS DUE 7/08/09 | | None | J | T | Buy | 10/01 | J | | |
| 64. WILMINGTON TR BK 2.6% 09 CD FDIC INS DUE 4/27/09 | | None | K | T | Buy | 11/19 | K | | |
| 65. GMAC BANK UT NA 3.25% 09 CD FDIC INS DUE 8/28/09 | | None | K | T | Buy | 11/19 | K | | |
| 66. COMM BANK NV NA 3.55% 10 CD FDIC INS DUE 2/26/10 | A | Interest | K | T | Buy | 11/19 | K | | |
| 67. COMPASS BANK NA 1.8% 09 CD FDIC INS DUE 5/20/09 | | None | J | T | Buy | 12/11 | J | | |
| 68. BROKERAGE ACCT #1 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 04/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SCHWAB TAX EXEMPT FUND | A | Interest | J | T | | | | | |
| 70. RS GLOBAL NATURAL RESOURCES FD | | None | | | Sold | 07/11 | J | B | |
| 71. BROKERAGE ACCT #3 | | | | | | | | | |
| 72. RANIER SMALL/MID CAP | | None | | | Sold | 01/18 | J | | |
| 73. SCHWAB DEPOSIT ACCOUNT | A | Interest | J | T | | | | | |
| 74. DISCOVER BANK NA 4.7% 08 CD FDIC INS DUE 4/30/08 | A | Interest | | | Matured | 04/30 | J | | |
| 75. BANK OF OKLAHOMA 2.9% 08 CD FDIC INS DUE 8/12/08 | A | Interest | | | Buy | 05/12 | J | | |
| 76. | | | | | Matured | 08/12 | J | | |
| 77. BROKERAGE ACCT #4 | | | | | | | | | |
| 78. RANIER SMALL/MID CAP EQUITY PORTFOLIO | | None | | | Sold | 1/18 | J | | |
| 79. SCHWAB DEPOSIT ACCOUNT | A | Interest | J | T | | | | | |
| 80. GE MONEY BANK NA 4.6% 08 CD FDIC INS DUE 3/28/08 | A | Interest | | | Matured | 3/28 | J | | |
| 81. RESPONSE GENETICS INC | | None | | | Sold | 01/18 | J | | |
| 82. THIRD AVENUE VALUE FUND | | None | | | Sold | 01/18 | J | | |
| 83. WACHOVIA BANK NA 2.85% 09 CD FDIC INS DUE 3/30/09 | | None | J | T | Buy | 09/22 | J | | |
| 84. REPUBLIC FIRST BK 4.2% 08 CD FDIC INS DUE 2/28/08 | A | Interest | | | Buy | 01/22 | J | | |
| 85. | | | | | Matured | 02/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 04/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CAROLINA FIRST BK 3.1% 08 CD FDIC INS DUE 8/25/08 | A | Interest | | | Buy | 04/16 | J | | |
| 87. | | | | | Matured | 08/25 | J | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 04/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 04/20/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 04/20/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544